FILED

Dec 20 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO JUAREZ,<br>Defendant. | CASE NO. 4:24-cr-00623 AMO<br><br>VIOLATIONS:<br>18 U.S.C. § 371– Conspiracy;<br>18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture<br><br>OAKLAND VENUE |

# INFORMATION

The Attorney for the United States charges:

## Introductory Allegations

At all times relevant to this Information:

1. The City of Oakland was a municipality located in the Northern District of California. Oakland received more than $10,000 in funds from Federal programs during relevant one-year periods including July 1, 2022 to June 30, 2023 and July 1, 2023 to June 30, 2024.

2. Defendant MARIO JUAREZ (JUAREZ) resided in Oakland, California.

3. CO-CONSPIRATOR 1 was an elected official serving in the City of Oakland.

The Conspiracy and Overt Acts

8. Beginning on an unknown date, but no later than on or about October 7, 2022, and continuing through at least on or about June 20, 2024, in the Northern District of California and elsewhere, JUAREZ knowingly and intentionally conspired with CO-CONSPIRATOR 1 and others, known and unknown to the Attorney for the United States, to commit bribery concerning programs receiving federal funds, in violation of Title 18, United States Code, Sections 666(a)(1)(B) and (a)(2).

9. It was an object of the conspiracy that JUAREZ and co-conspirators agreed to give, offer, and agree to give anything of value to a person with the intent to influence CO-CONSPIRATOR 1 in connection with a transaction and series of transactions of the City of Oakland involving a value of $5,000 or more, in violation of Title 18, United States Code, Section 666(a)(2).

10. It was further an object of the conspiracy that JUAREZ and co-conspirators agreed to solicit and demand for the benefit of CO-CONSPIRATOR 1, and agreed to accept or agree to accept, anything of value from any person, with the intent to influence CO-CONSPIRATOR 1 in connection with a transaction and series of transactions of the City of Oakland involving a value of $5,000 or more, in violation of Title 18, United States Code, Section 666(a)(1)(B).

11. In furtherance of the conspiracy. JUAREZ and co-conspirators took the following overt acts, among others, each occurring in the Northern District of California:

a. From on or about October 11, 2022, and continuing through at least on or about November 8, 2022, JUAREZ arranged for the production and circulation of negative campaign mailers related to the Oakland election held on November 8, 2022.

b. On or about April 25, 2023, JUAREZ and co-conspirators caused a payment of $35,000 for the benefit of CO-CONSPIRATOR 1.

c. On or about November 28, 2023, JUAREZ and co-conspirators caused a payment of $35,000 for the benefit of CO-CONSPIRATOR 1.

COUNT ONE: (18 U.S.C. § 371 – Conspiracy)

12. Paragraphs 1 to 11 are hereby re-alleged and incorporated by reference as if fully set forth herein.

13. Beginning on an unknown date, but no later than on or about October 7, 2022, and

continuing through at least on or about June 20, 2024, in the Northern District of California and elsewhere, the defendant,

MARIO JUAREZ

did knowingly and intentionally conspire and agree with CO-CONSPIRATOR 1 and others, known and unknown to the Attorney for the United States, to commit bribery concerning programs receiving federal funds, in violation of Title 18, United States Code, Sections 666(a)(1)(B) and (a)(2).

All in violation of Title 18, United States Code, Section 371.

FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

14. The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

15. Upon conviction for the offense set forth in this Information, the defendant,

MARIO JUAREZ

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

//

//

//

//

United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: December 17, 2024______

PATRICK D. ROBBINS
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

/s/ Molly K. Priedeman
MOLLY K. PRIEDEMAN
ABRAHAM FINE
LLOYD FARNHAM
Assistant United States Attorneys