PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov

Attorneys for United States of America

FILED
Jan 22 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION F

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO JUAREZ,<br><br>Defendant. | NO. CR-24-0623-AMO<br>[FILED DECEMBER 20, 2024] |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHENG THAO,<br>ANDRE JONES,<br>DAVID TRUNG DUONG, and<br>ANDY HUNG DUONG,<br><br>Defendants. | NO. CR-25-0003-YGR<br>[FILED JANUARY 9, 2025]<br><br>NOTICE OF POTENTIALLY RELATED CASE IN A CRIMINAL ACTION |

The United States of America, through undersigned counsel, submits this notice pursuant to Local Criminal Rule 8-1.

In a case filed under seal on December 20, 2024 (United States v. Mario Juarez, 24-CR-0623-AMO), defendant Mario Juarez was charged by Information with one count of conspiracy to commit bribery in violation of 18 U.S.C. §§ 371 and 666(a)(1)(B) and (a)(2). On January 7, 2025, Juarez pled guilty to the charged count pursuant to a cooperation agreement, wherein he admitted that he conspired with Sheng Thao, Andre Jones, David Duong, and Andy Duong to pay bribes to Thao (the former Mayor of Oakland) with the intent to influence her in relation to official business before the City of Oakland. Juarez's sentencing is unlikely to take place until his cooperation has finished. Due to the sensitive nature of Juarez's cooperation, the case against Juarez is under seal.

In an indictment returned and filed on January 9, 2025 (United States v. Sheng Thao, et al., 25-CR-0003-YGR), defendants Sheng Thao, Andre Jones, David Duong, and Andy Duong are charged in an eight-count Indictment. The Indictment charges each defendants with conspiracy to commit bribery in violation of 18 U.S.C. § 371; bribery concerning programs receiving federal funds in violation of 18 U.S.C. § 666(a)(1)(B) or 18 U.S.C. § 666(a)(2); conspiracy to commit honest services mail and wire fraud in violation of 18 U.S.C. § 1349; honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346; and honest services wire fraud in violation of 18 U.S.C. §§ 1343, 1346. Andy Duong was also charged with one count of making false statements to government agents in violation of 18 U.S.C. § 1001(a)(2). The Indictment alleges that leading up to the 2022 Oakland mayoral election, and following her election as mayor, Thao engaged in a corrupt relationship with her partner (Jones), and local businessmen, defendants David and Andy Duong. As part of the corrupt relationship, Thao promised to take official actions as mayor of Oakland in exchange for various benefits to Thao and Jones. The alleged conspiracy involved the four defendants and Mario Juarez (identified as Coconspirator 1). The Indictment also alleges that Andy Duong lied to FBI agents when questioned about payments to Jones.

While the cases concern overlapping events and transactions, they do not involve the same defendants and therefore do not appear to be related within the meaning of Local Rule 8-1(b)(1). Furthermore, the cases may not be related within the meaning of Local Rule 8-1(b)(2). On January 7,

2025, Juarez was arraigned and pled guilty on the same day, and a status on his sentencing was set for July 28, 2025. Due to the ongoing nature of Juarez's cooperation, there are unlikely to be further substantive hearings until his sentencing hearing, and as result the cases may not entail substantial duplication of labor or conserve judicial resources if heard by different judges within the meaning of Local Rule 8-1(b)(2). Moreover, an order relating the later-filed case to the first-filed case risks disclosing the existence of the earlier filed sealed case against Juarez.

Given the continued under-seal status of the Juarez case, and the sensitive nature of Juarez's cooperation (which is not public), the United States does not intend to serve this notice on counsel for defendants in the United States v. Thao, et al. case (the case is now unsealed and the docket public).

DATED: January 22, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

/s/
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
Assistant United States Attorneys