Walter F. Brown Jr. (SBN: 130248)
wbrown@paulweiss.com
Randall S. Luskey (SBN: 240915)
rluskey@paulweiss.com
Marc Price Wolf (SBN: 254495)
mpricewolf@paulweiss.com
Erika K. Hoglund (SBN: 327781)
ehoglund@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
535 Mission Street. 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorneys for Defendant*
MARIO JUAREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

*Plaintiff*,

vs.

MARIO JUAREZ,

*Defendant*.

Case No. 24-CR-00623-AMO

**STIPULATION TO CONTINUE STATUS CONFERENCE FROM JUNE 8, 2026 TO DECEMBER 7, 2026 AND [~~PROPOSED~~] ORDER *AS MODIFIED***

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Mario Juarez, that the status conference scheduled for June 8, 2026, in the above-captioned matter be continued until December 7, 2026. As an update to the Court, the parties note that in the underlying criminal case in which Mr. Juarez is expected to testify, opening statements are scheduled to begin on October 19, 2026. *See United States* v. *Sheng Thao, et al.*, Case No. 4:25-CR-00003-YGR, Dkt. No. 173 (N.D. Cal. Feb. 9, 2026). Beyond these updates, the parties agree that there is nothing of significance to report to the Court at this time. The parties will notify the Court should the need arise to discuss the case before December 7, 2026.

Dated: June 3, 2026

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Marc Price Wolf*
Walter F. Brown
Randall S. Luskey
Marc Price Wolf
Erika Hoglund

*Attorneys for Defendant Mario Juarez*

Dated: June 3, 2026

By: */s/ Abraham Fine*
Abraham Fine
Molly K. Priedeman
Lloyd Farnham
Assistant United States Attorneys

**SIGNATURE ATTESTATION**

I am the CM/ECF filer whose identification and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I attest that every signatory has concurred in the filing of this document.

Dated: June 3, 2026 *<u>/s/ Marc Price Wolf</u>*

Marc Price Wolf

**[~~PROPOSED~~] ORDER *AS MODIFIED***

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the status conference currently scheduled for June 8, 2026, is continued until December 7, 2026.

The parties are reminded to comply with the court's criminal standing order when they seek to continue a matter. This is the last warning the parties will receive that continued noncompliance will result in denial of untimely requests. *See* Dkt. No. 13.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/4/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge