CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ABRAHAM FINE (CABN 292647)
MOLLY PRIEDEMAN (CABN 302096)
LLOYD FARNHAM (CABN 202231)
BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorneys

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
FAX: (510) 637-3724
Abraham.fine@usdoj.gov
Molly.priedeman@usdoj.gov
Lloyd.farnham@usdoj.gov
Brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO JUAREZ,<br><br>Defendants. | ) | CASE NO. 24-CR-0623-AMO<br><br>ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO RELEASE TRANSCRIPT |

On January 7, 2025, Defendant Mario Juarez pled guilty to the sole count in the operative Information pursuant to a cooperation plea agreement. Defendant's cooperation is ongoing and he is expected to be a witness in the trial in *United States v. Thao et al.*, No. 25-CR-0003-YGR, which is scheduled to begin on October 19, 2026.

The government would like to obtain a transcript of Juarez's change of plea hearing and of his arraignment, which both took place on January 7, 2025. When the government filed its transcript order, however, it was informed by the Clerk's office that in under seal cases (such as this one), a transcript cannot be generated without an order from the assigned judge, and instructed the government to file an administrative motion to release the transcript. Accordingly, the government respectfully requests that the Court order the release of the transcript of Juarez's change of plea hearing and arraignment to the government.

DATED: July 27, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

___/s/______________________
ABRAHAM FINE
MOLLY K. PRIEDEMAN
LLOYD FARNHAM
BRANDON MOORE
Assistant United States Attorneys

**[PROPOSED] ORDER**

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the United States be permitted to obtain a transcript of the change of plea hearing and the arraignment in the above-captioned case, which hearings occurred on January 7, 2025.

IT IS SO ORDERED.

DATED:

HON. ARACELI MARTÍNEZ OLGUÍN
United States District Judge