United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO JUAREZ,<br>Defendant. | Case No. 24-cr-00623-YGR-1<br>**ORDER UNSEALING THE CASE** |

It is hereby **ORDERED** that the case in this action is **UNSEALED** in its entirety.

**IT IS SO ORDERED.**

Dated: October 19, 2026

YVONNE GONZALEZ ROGERS
Chief United States District Judge